# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 22-56199

**Case Name** | Yuga Labs, Inc. v. Ryder Ripps, et al

Hearing Location (*city*) | San Francisco

Your Name | Thomas G. Sprankling

List the sitting dates for the three sitting months you were asked to review:

October 2-6, 16-20
November 13-17
December 4-8, 11-14

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

November 13-17 (my wife and I are expecting our son to born in late October; if delivery is late, it could lap into this week of argument).

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

N/A

**Signature** | s/ Thomas G. Sprankling     **Date** | June 20, 2023

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**                                                              *New 12/01/2018*