UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

| | |
|---|---|
| **9th Cir. Case Number(s)** | 22-56199 |
| **Case Name** | Yuga Labs, Inc. v. Ryder Ripps, et al |
| Hearing Location (*city*) | San Francisco |
| Your Name | Todd R. Gregorian |

List the sitting dates for the three sitting months you were asked to review:

> October 2-6 and 16-20, 2023
> November 13-14, 2023
> December 4-8 and 11-14, 2023

Do you have an unresolvable conflict on any of the above dates?  ● Yes   ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

> October 2-6, 2023
> Reason: pre-planned travel

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes   ● No

If yes, list the number, name, and hearing city of each of the other case(s):

| **Signature** | s/Todd R. Gregorian | **Date** | June 22, 2023 |
|---|---|---|---|

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                                                 *New 12/01/2018*